IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK LAMONT HAMPTON, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 12-1416 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| LOUIS S. FOLINO, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

Magistrate Judge Kelly's Memorandum Order dated July 16, 2013 (Doc. 19) is a non-dispositive ruling. *See* Monroe v. Ohio State Penitentiary, 2012 WL 4342890, *1 (S.D. Ohio Sept. 21, 2012) (holding same regarding motion for discovery in habeas case). Having carefully reviewed Judge Kelly's decision, and Petitioner's Objections (Doc. 21) thereto, the Court concludes that July 16th Memorandum Order was neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a) (reciting standards of review governing magistrate judges' non-dispositive rulings). Accordingly, Petitioner's Objections (**Doc. 21**) are **OVERRULED**, and the Memorandum Order of Judge Kelly dated July 16, 2013 (**Doc. 19**) is **AFFIRMED**.

IT IS SO ORDERED.


September 10, 2013                    s\Cathy Bissoon
                                      Cathy Bissoon
                                      United States District Judge

cc (via First-Class U.S. mail):

Derrick Lamont Hampton
GP-2142
S.C.I. Greene
175 Progress Drive
Waynesburg, PA 15370

cc (via ECF email notification):

All Counsel of Record