IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK LAMONT HAMPTON, ) ) Petitioner, ) ) v. ) ) ROBERT GILMORE, *et al.*, ) ) Respondents. ) | Civil Action No. 12-1416 Judge Cathy Bissoon Magistrate Judge Maureen P. Kelly |

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 12, 2015, the Magistrate Judge issued a Report (Doc. 23) recommending that Petitioner's action under 28 U.S.C. § 2254 be dismissed, and that a certificate of appealability be denied. Service of the Report and Recommendation was made, and Petitioner has filed Objections. *See* Doc. 28.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

The Petition of Derrick Lamont Hampton for a writ of habeas corpus (**Doc. 1**) is **DISMISSED**, and a certificate of appealability is **DENIED**. The Magistrate Judge's Report and Recommendation (Doc. 23) hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

April 29, 2015

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via First-Class U.S. mail):

Derrick Lamont Hampton
GP-2142
S.C.I. Greene
175 Progress Drive
Waynesburg, PA  15370


cc (via ECF email notification):

All Counsel of Record